Case 1:13-cr-00276-ODE-JKL   Document 404   Filed 07/26/17   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUL 26 2017

James N. Hatten, Clerk
By: AmCau Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. |
| | 1:13-CR-276-2-ODE-JKL |
| v. | CIVIL ACTION NO. |
| LADARIOUS GIBBS | 1:17-CV-1727-ODE |

## ORDER

This closed criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins, III filed May 25, 2017 [Doc. 402] ("R&R"). No objections have been filed.

On May 10, 2017 Petitioner Gibbs filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 401]. In the R&R, Judge Larkins recommends that Gibbs' § 2255 Motion be dismissed as untimely, and a certificate of appealability be denied [Doc. 402].

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Petitioner Gibbs' Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 401] is DISMISSED, and a Certificate of Appealability DENIED.

SO ORDERED this 25 day of July, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE